NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SANOFI-AVENTIS, SANOFI-SYNTHELABO, INC., AND BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP,
*Plaintiffs-Appellees,*

v.

APOTEX INC. AND APOTEX CORP.,
*Defendants-Appellants.*

2011-1048

Appeal from the United States District Court for the Southern District of New York in case no. 02-CV-2255, Judge Sidney H. Stein.

## ON MOTION

Before RADER, *Chief Judge.*

## ORDER

Apotex Inc. and Apotex Corp. move to take judicial notice of three documents filed in a district court proceeding, *FTC v. Bristol-Myers Squibb Company*, No. 1:09-cv-00576 (D.D.C., March 26, 2009), and for leave to file a

supplemental appendix with those three documents. Sanofi-Synthelabo et al. oppose in part.

Judicial notice may be appropriate with respect to public documents and decisions of other courts. However, the relevance of such materials is left to the discretion of the merits panel.

Accordingly,

IT IS ORDERED THAT:

The motion to take judicial notice and for leave to file a supplemental appendix is granted. A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

**APR 1 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert B. Breisblatt, Esq.
    Evan R. Chesler, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 1 1 2011**

**JAN HORBALY**
**CLERK**